IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
                                  )
          VS.                     )          NO. 2:06-cr-129
                                  )
                                  )          Hon. ALGENON L. MARBLEY
LANCE K. POULSEN, et al.          )
                                  )
                                  )
          DEFENDANTS              )

**NOTICE OF REMOVAL**


Plaintiff, the United States of America, hereby alleges and states as follows for its Notice of Removal pursuant to 28 U.S.C. § 1446:


1.  On or about March 27, 2007, Lance K. Poulsen and Barbara L. Poulsen filed an Emergency Petition To Dissolve Notice of Lis Pendens in the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida, Case No. 07000910CA.  A copy of the Emergency Petition, and all related papers delivered to the Office of the United States Attorney for the Southern District of Ohio on March 29, 2007, are submitted herewith as Exhibit 1.


2.  There is an identity of subject matter between the current action in the above-captioned matter and the matter subject to the motion filed in the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida.


3. The Filing of this Notice of Removal vests this Court with removal jurisdiction pursuant to 28 U.S.C. §§ 1441, 1442 and 1446.

WHEREFORE, for the above reasons, the United States hereby gives all parties Notice of Removal of the action pending in the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida.

Respectfully submitted,

GREGORY P. LOCKHART
United States Attorney

By: DALE E. WILLIAMS, JR.
Assistant U.S. Attorney
Southern District of Ohio

PATRICK MURPHY
Trial Attorney
Criminal Division
Asset Forfeiture and Money Laundering Section
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C. 20530
(202) 307-3338
Patrick.Murphy@usdoj.gov

Dated: April 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was served this 3rd day of April, 2007, electronically on:   defense counsel of record by means of the Court's electronic filing system; and by regular U.S. Mail on:   Jaime Austrich, Shumaker, Loop & Kendrick, 101 East Kennedy Boulevard, Suite 2800, Tampa, Florida 33672-0609.

s/Dale E. Williams, Jr.

DALE E. WILLIAMS, JR. (0020094)
Assistant United States Attorney