IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      : | |
| : | |
| Plaintiff,      : | |
| : | Case No. CR2-06-129 |
| v.      : | JUDGE ALGENON L. MARBLEY |
| : | Magistrate Judge Terence P. Kemp |
| LANCE K. POULSEN, et al.,      : | |
| : | |
| Defendants.      : | |

### ORDER

Defendant Donald H. Ayers has moved to join in Defendant Randolph Speer's motion to wear civilian clothes at the April 16, 2008 revocation hearing (docket no. 606).  Ayers's joinder motion is **GRANTED**.  For the reasons stated in the Court's April 10, 2008 order, however, Ayers will not be permitted to wear civilian clothes at the revocation hearing.

Ayers also has moved to join in Defendant Speer's motion for a writ ad testificandum to compel the testimony of Robert Cihy at the revocation hearing (docket no. 605).  The Court **GRANTS** this joinder motion.  The Court notes that the requested writ was issued on April 11, 2008.

  IT IS SO ORDERED.

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**United States District Court Judge**

**DATE: April 14, 2008**