**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. CR2-06-129 |
| v. : | JUDGE ALGENON L. MARBLEY |
| : | Magistrate Judge Terence P. Kemp |
| **LANCE K. POULSEN, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Defendants Ayers, Faulkenberry, and Speer have moved for an order extending the deadlines for filing their sentencing memoranda (docket nos. 702, 703 and 705). The Court **GRANTS** Defendants' motions and hereby sets the following revised deadlines:

1. Defendants and the Government shall jointly file their sentencing memoranda no later than **Wednesday, July 9, 2008**. As directed in the Court's July 1, 2008 order, the sentencing memoranda shall not exceed **thirty** pages in length.

2. All parties shall have until **Monday, July 14, 2008**, to file their responses. Defendants' responses shall not exceed **ten** pages. The Government's response shall not exceed **twenty** pages.

**IT IS SO ORDERED.**

                                                             s/Algenon L. Marbley
                                                             **ALGENON L. MARBLEY
United States District Court Judge**

**DATE: July 3, 2008**